**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-80429-CV-MIDDLEBROOKS/Matthewman

KEVAN SIROTA,

    Plaintiff,

v.

FIRST FEDERAL CREDIT CONTROL, INC.,

    Defendant.

_____/

## ORDER GRANTING MOTION TO STAY

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to Stay Proceedings ("Motion"), filed April 27, 2022. (DE 10). For the reasons set forth below, the Motion is granted.

Defendant represents in this unopposed Motion that the resolution of the Eleventh Circuit's en banc rehearing of *Hunstein v. Preferred Collection & Management Services, Inc.*, Case No. 19-14434, is likely to have a substantial or controlling effect on Plaintiff's claim under the Fair Debt Collection Practices Act, § 15 U.S.C. § 1692c(b). In the Complaint, Plaintiff specifically cites *Hunstein* in support of his allegation that Defendant violated § 1692c(b). (DE 1-1 ¶ 37). I therefore find that a stay pending the resolution of *Hunstein* is appropriate. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Defendant's Unopposed Motion to Stay Proceedings (DE 10) is **GRANTED**.

(2) This case is **STAYED** pending the Eleventh Circuit's en banc decision in *Hunstein v. Preferred Collection & Management Services, Inc.*, Case No. 19-14434.

(3) The Clerk shall **ADMINISTRATIVELY CLOSE THIS CASE**.

2

(4) The Parties shall file a joint status report within **two days** of the issuance of the mandate

in *Hunstein v. Preferred Collection & Management Services, Inc.*

**SIGNED**, in Chambers, at West Palm Beach, Florida, this 28th day of April, 2022.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record

2